# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 12/9/2022 | Wire | $ 27,182.50 |
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 12/16/2022 | Wire | $ 31,135.00 |
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 1/6/2023 | Wire | $ 40,000.00 |
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 1/24/2023 | Wire | $ 40,000.00 |
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 2/7/2023 | Wire | $ 38,646.25 |
| Akorn Operating Company, LLC | Monarch Strategic HR Consulting and Coaching, LLC | 2/23/2023 | Wire | $ 8,250.00 |
| | | | | $ 185,213.75 |