## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MONARCH STRATEGIC HR CONSULTING AND COACHING, LLC,<br><br>　　　　　Defendant. | Adv. Proc. No. 25-50324 (KBO)<br><br><br><br>**Re Adv. D.I.: 9** |

### CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on August 28, 2025, a copy of *Plaintiff's Request for Entry of Default* [Adv. D.I. 9] was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF").

Notice of filing the Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned adversary proceeding.

I further certify that, on August 28, 2025, a copy of *Plaintiff's Request for Entry of Default* [Adv. D.I. 9] was served via certified First Class Mail to the following address:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| |
|---|
| Monarch Strategic HR Consulting & Coaching, LLC, <br> c/o John Godino <br> 27 Warren St., Ste 104 <br> Hackensack, NJ 07601 |

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Special Counsel to the Chapter 7 Trustee*

Dated: September 5, 2025