## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | CHAPTER 7 |
| AKORN HOLDING COMPANY LLC, *et al.,*[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE L, MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.,* | |
| Plaintiff, | |
| v. | Adv. Pro. No. 25-50324 (KBO) |
| MONARCH STRATEGIC HR CONSULTING AND COACHING, LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that counsel listed below hereby enter their appearance in the above-captioned case for MONARCH STRATEGIC HR CONSULTING AND COACHING, LLC ("Monarch"). Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Monarch requests that all notices given or required to be given in this case or in any proceeding in this case, and all papers served or required to be served in this case or in any proceeding in this case including, without limitation, any proposed plan or disclosure statement, be given to and served upon counsel below, with the office address, telephone number, and email address below:

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031

Christopher D. Loizides
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
loizides@loizides.com

**PLEASE TAKE FURTHER NOTICE** that in addition, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex, or otherwise that affects the above-captioned debtors (collectively, the "Debtors") or property of the Debtors or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Monarch's right to have final orders in non-core matters entered only after *de novo* review by a district judge or to have any matter decided by a Court authorized under Article III of the United States Constitution regardless of Congressional designation of such matter as core or non-core, (ii) Monarch's right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) Monarch's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, (iv) any other right, claim, action, defense, setoff, or recoupment to which Monarch is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Monarch expressly reserves, and (v) Monarch does not waive and expressly reserves, without limitation, any defense based on lack of personal jurisdiction, lack of service of process, insufficiency of process and/or insufficiency of service of process.

Dated: October 29, 2025

Wilmington, Delaware

Respectfully submitted,

By:  /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
**LOIZIDES, P.A.**
1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com