# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.,*[1] <br><br> Debtors. <br><br> GEORGE L, MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.,* <br><br> Plaintiff, <br><br> v. <br><br> MONARCH STRATEGIC HR CONSULTING AND COACHING, LLC, <br><br> Defendant. | CHAPTER 7 <br><br> Case No. 23-10253 (KBO) <br><br><br><br><br><br><br><br><br><br> Adv. Pro. No. 25-50324 (KBO) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on October 29, 2025, I did cause to be served true and correct copies of the foregoing *Notice of Appearance, Request for Service of Papers, and Reservation of Rights* on the parties listed on the attached service list as indicated thereon.

Dated: October 29, 2025
Wilmington, Delaware

                             Respectfully submitted,

                     By:    /s/ Christopher D. Loizides
                              Christopher D. Loizides (No. 3968)
                              **LOIZIDES, P.A.**

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031

1225 King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

**SERVICE LIST**

**VIA EMAIL**

Evan T. Miller
Paige N. Topper
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

and

Ryan F. Coy (admitted pro hac vice)
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
ryan.coy@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com